UNITED STATES DISTRICT COURT
FOR THE
SOUTHER DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
APR 2 2 2002
Michael N. Milby, Clerk

<u>UNITED STATES OF AMERICA</u> )
                 RESPOND )
                            )
                            )
      v.               )
                            )
<u>JAVIER MIRANDA JIMENEZ</u>  )
           DEFENDANT    )
                          )

C.A.: **B-02-101**

DOCKET No.: 1:00CR375-001

United States District Court
Southern District of Texas
FILED
MAY 1 3 2002
Michael N. Milby
Clerk of Court

<u>Motion For Leave to Proceed In Forma Pauperis</u>

    Plaintiff Javier M. Jimenez, Pursuant to 28 U. S. C. §1915, move this court for an order permiting him to proceed without prepayment of fees and costs or security. Plaintiff has attached a declaration in support of this motion.

                                      Respectfully Submitted

                                      *Javier Miranda J.*

                                      <u>Name and Address</u>
                                      JAVIER MIRANDA JIMENEZ
                                      Reg# 53614-079
                                      c/o Reeves CountyDetention Center
                                      P. O. BOX   1560
                                      PECOS,   TEXAS   7 9 7 7 2.



SWORN AND SUBSCRIBE TO BEFORE ME ON THIS  15th  DAY OF  April,
2002 by Javier Miranda Jimenez
STATE OF  Texas  , county of  Reeves
                                      COMMISION   EXPIRES: 12-31-02
JOSE A. QUINTANA:     PRINTED NAME OF NOTARY PUBLIC

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

APR 2 2 2002

Michael N. Milby, Clerk

UNITED STATES OF AMERICA          )
            RESPONDENT            )
                                  )
                                  )
                                  )
V.                                )        DOCKET NO.: 1:00CR375-001
                                  )
                                  )
                                  )
JAVIER MIRANDA JIMENEZ            )
            DEFENDANT             )
                                  )

brief in support of appointment of counsel

Petitioner has requested this court to appoint counsel to represent him concerning the attached petition for writ of Habeas corpus. the court has discretion pursuant to 18 U.S.C.§§§3006A(g) TO appoint counsel concerning matters brought pursuant to 28 §§U. S. C. §§ 2241, 2254, 2255. For the reasons stated in petitioner's motin for appoiintment of counsel and based on the allegaiton contained  in his petition this court should appoint counsel.



Respectfully Submitted

Javier Miranda J.

SWORN AND SUBSCRIBE TO BEFORE ME ON THIS 15th DAY OF April ,2002
BY Javier Miranda J.
STATE OF Texas , COUNTY OF REEVES
COMMISION EXPIRES: 12-31-02

JOSE A. QUINTANA

UNITED STATES DISTRICT COURT FOR THE SOUTHER DISTRICT
OF TEXAS
DECLARATION IN SUPPORT OF REQUEST TO
PROCEED IN FORMA PAUPERIS

United States Courts
Southern District of Texas
FILED
APR 2 2 2002
Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Respond ) | |
| ) | |
| V. ) | Docket No .: 1:00CR375-001 |
| ) | |
| javier Miranda Jimenez ) | |
| Defendant ) | |


DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS


I, JAVIER M, JIMENEZ, am the plaintiff in the above entitled case, In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor and that I believe I am entitled to redress.

I declare that the responses which i Have made below are true.


1. Are you presently emploted?    Yes XXXXX    No_____

   a. If the answer is yes, state the amount of your salary
      per month and give the name and address of your employer.
      _____15 $   a month's_____
      c/o Reeves County Detention Center. (Address)_____
      Posetion:Kitchen Crew Work_____

(1)

b.  If the answer is no, state the the date of last employment and the amount of salary per month which you received.

_____
_____N / A_____
_____

2.  Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession, or form of self-employment?
                    YES_____        NO__X__
    b. rent payments, interest, or dividents?
                    YES_____        NO__X__
    c. pensions, annuties, or life insurance payments?
                    YES_____        NO__X__
    d. Gifts or inheritance?   YES_____   NO__X__
    e. Any other sources?      YES_____   NO__X__

3.  Do you own any cash or do you have money in a checking or savings account:    YES_____    NO__X__
    If the answer is yes, state total value owned.

    _____
    _____N/A._____
    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary houshold Furnishings and clothing)?   YES_____   NO__X__

(2)

If the answer is yes, describe the property and state its approximate value._____
_____N/:A._____
_____


5.   List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support. _2 Person_ _My Mother and Father's_


I understand that a false statement or answer to any questions this declaration will subject me to penalties for perjury.




_Javier Miranda J._
( yur signature)

I declare under penalty of perjury that the foregoing is true and correct.

Signed   This _15th_ day of _April_, 200_2_.


Sworn and subscribe to before me on this _15th_ day _April_, 2002 by _Javier Miranda Jimenez_.
STATE OF _Texas_ ; county of _Reeves_.
_[signature]_   My commision Expires: _12-31-02_
NOTARY PUBLIC

JOSE A, QUINTANA
PRIINTED NAME OF NOTARY PUBLIC

JOSE A. QUINTANA
Notary Public
STATE OF TEXAS
My Comm. Exp. 12/31/2002

( 3 )

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument was furnished to the following: " EMBASSY OF MEXICO " 1911 PENNSYLVANIA N. W. WASHINGTON D.C. 2 0 0 0 6 DEPARTMENT OF PROTECTION and the original were sent to this agency, on APRIL 16, 2002

Respectfully & Submitted

*Javier Miranda J.*

name and addres
JAVIER MIRANDA JIMENEZ
REG # 53614-079
c/o reeves  county detention
 center.  P. O.  BOX 1560
 pecos,  texas  7 9 7 7 2.

SWORN AND SUBSCRIBE TO BEFORE ME ON THIS *15th* day of *April*, 2002 by *Javier Miranda Jimenez*.

STATE OF *Texas*  ; COUNTY OF *Reeves*

MY COMMISION EXPIRES: *12-31-02*

Jose A. Quintana
PRINTED NAME OF NOTARY PUBLIC

JOSE A. QUINTANA
Notary Public
STATE OF TEXAS
My Comm. Exp. 12/31/2002

JAVIER MIRANDA JIMENEZ
Re/O REEVES COUNTY
DETENTION CENTER
72009-B-6
P.O. BOX 1560
PECOS TX. 79772

7001 1140 0001 7368 3699

CERTIFIED MAIL

United States Courts
Southern District of Texas
FILED
APR 29 2002
Michael N. Milby, Clerk

COURT CLERK
TEXAS SOUTHERN
P.O. BOX 61010
HOUSTON TX. 77208



UNITED STATES POSTAL SERVICE
9264
77208

U.S. POSTAGE PAID
PECOS, TX 79772
APR 17 '02
AMOUNT
$4.17
000-05525-CC