UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | C.A- B-02-101 | |
| VS | * CR. NO. B-00-375 | |
| JAVIER MIRANDA JIMENEZ | * | |

## ORDER

On April 22, 2002, Javier Miranda Jimenez filed Motion for Leave to Proceed in Forma Pauperis, Brief in Support of Appointment of Counsel and Declaration in Support of Request to Proceed in Forma Pauperis.

The Clerk is hereby ORDERED to open a 28 U.S.C. § 2255 file. IT IS FURTHER ORDERED that the Clerk mail 2255 Forms and the Application to Proceed in Forma Pauperis, Supporting Documentation and Order to the Petitioner.

DONE at Brownsville, Texas, this 13th day of May 2002.

Felix Recio
United States Magistrate Judge