United States District Court
Southern District of Texas
ENTERED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

JUL 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAVIER MIRANDA JIMENEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-101 |
| | § | CRIMINAL NO. B-00-375 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

**NOTICE OF DISMISSAL FOR LACK OF PROSECUTION**

On or about May 15, 2002, the United States District Clerk mailed to the Petitioner § 2255 forms and an application to proceed in forma pauperis. The Petitioner has failed to respond and to date has not filed said documents.

It is therefore, ORDERED that this Application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by August 5, 2002.

DONE at Brownsville, Texas, this $2^{d}$ day of July, 2002.

Felix Recio
United States Magistrate Judge