4

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER MIRANDA JIMENEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-101 |
| | § | CRIMINAL NO. B-00-375 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On or about May 15, 2002, the United States District Clerk mailed to the Petitioner §

2255 forms and an application to proceed in forma pauperis. The Petitioner failed to respond.

On July 9, 2002, this Court gave notice to the Petitioner that his case was to be placed on the

dismissal docket and dismissed thereafter if no response were received by August 5, 2002. As of

August 9, 2002, the Petitioner had not filed any pleadings with the District Clerk. Therefore,

Petitioner's case should be **DISMISSED WITHOUT PREJUDICE.**

## RECOMMENDATION

For the reasons stated above, Petitioner's case should hereby be **DISMISSED**

**WITHOUT PREJUDICE.**

party's failure to file written objections to the proposed findings, conclusions, and

recommendation in a magistrate judge's report and recommendation within 10 days after being

served with a copy shall bar that party, except upon grounds of plain error, from attacking on

appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district

court, provided that the party has been served with notice that such consequences will result from

a failure to object.[1]

---

[1] Douglass v. United States Automobile Association, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this _____ day of August, 2002.

Felix Recio
United States Magistrate Judge